```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 04 B 30624
   DESIREE D EVANS
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-9628


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/18/2004 and was confirmed 10/27/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  36.51% from remaining funds.

     The case was converted to chapter 7 after confirmation 04/23/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV SECURED            9798.11        651.91        9798.11
AMERICREDIT FINANCIAL SV UNSECURED          7331.65           .00        1265.03
BENEFICIAL               SECURED NOT I        .00            .00            .00
BENEFICIAL               UNSECURED      NOT FILED            .00            .00
WELLS FARGO BANK         CURRENT MORTG        .00            .00            .00
WELLS FARGO BANK         MORTGAGE ARRE   7034.45             .00        7034.45
INTERNAL REVENUE SERVICE NOTICE ONLY    NOT FILED            .00            .00
INTERNAL REVENUE SERVICE PRIORITY         317.17             .00         317.17
10 MINUTE PAYDAY LOANS   UNSECURED      NOT FILED            .00            .00
AMERICASH LOANS LLC      UNSECURED         892.29            .00         153.85
AMERICASH LOANS LLC      UNSECURED        1346.52            .00         232.16
AMERICASH LOANS          UNSECURED      NOT FILED            .00            .00
BENEFICIAL FINANCE CO    SPECIAL CLASS    3421.95            .00        3421.95
MIDLAND CREDIT MANAGEMEN NOTICE ONLY    NOT FILED            .00            .00
BROTHER LOAN & FINANCE   UNSECURED      NOT FILED            .00            .00
CAPITAL ONE BANK         UNSECURED      NOT FILED            .00            .00
CHECK INTO CASH          UNSECURED      NOT FILED            .00            .00
CHECK N GO               UNSECURED      NOT FILED            .00            .00
CROSS COUNTRY BANK       UNSECURED      NOT FILED            .00            .00
FAST CASH                UNSECURED      NOT FILED            .00            .00
ILLINOIS TITLE LOANS INC UNSECURED      NOT FILED            .00            .00
LASALLE BANK LAKEVIEW    UNSECURED      NOT FILED            .00            .00
JEFFERSON CAPITAL SYSTEM UNSECURED         757.50            .00         130.61
NATIONAL QUICK CASH      UNSECURED         290.00            .00          50.00
NORWEST FINANCIAL        NOTICE ONLY    NOT FILED            .00            .00
ONE IRON VENTURE         UNSECURED      NOT FILED            .00            .00
PDL FINANCIAL SERVICES   UNSECURED         619.00            .00         106.71
PAYDAY LOAN STORE        UNSECURED      NOT FILED            .00            .00
PAYDAY LOANS             UNSECURED      NOT FILED            .00            .00
PAYDAY LOAN              UNSECURED      NOT FILED            .00            .00
RIO RESOURCES XTRA CASH  UNSECURED      NOT FILED            .00            .00
ISAC                     UNSECURED        4045.59            .00         697.51

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 30624 DESIREE D EVANS
```

```
INTERNAL REVENUE SERVICE UNSECURED              6.26            .00            .00
WELLS FARGO BANK         COST OF COLLE           .00            .00            .00
WELLS FARGO HOME MORTGAG NOTICE ONLY   NOT FILED                .00            .00
AMERICREDIT FINANCIAL SV NOTICE ONLY   NOT FILED                .00            .00
RK MANAGEMENT            NOTICE ONLY   NOT FILED                .00            .00
DARRYL EVANS             NOTICE ONLY   NOT FILED                .00            .00
DARRYL EVANS             NOTICE ONLY   NOT FILED                .00            .00
LEGAL HELPERS PC         DEBTOR ATTY    2,100.00                          2,100.00
TOM VAUGHN               TRUSTEE                                          1,469.38
DEBTOR REFUND            REFUND                                               1.16

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               27,430.00

PRIORITY                                      317.17
SECURED                                    16,832.56
    INTEREST                                  651.91
UNSECURED                                   6,057.82
ADMINISTRATIVE                              2,100.00
TRUSTEE COMPENSATION                        1,469.38
DEBTOR REFUND                                   1.16
                   ---------------      ---------------
TOTALS                27,430.00            27,430.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 01/27/09                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE